IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LESHAWN WASHINGTON, | § | |
| | § | No. 182, 2014 |
| Defendant Below, | § | |
| Appellant, | § | Court Below: |
| | § | |
| v. | § | Superior Court of the |
| | § | State of Delaware, in and for |
| STATE OF DELAWARE, | § | New Castle County |
| | § | |
| Plaintiff Below, | § | C.R. I.D. No. 1012007994 |
| Appellee. | § | |

Submitted: November 12, 2014
Decided: November 13, 2014

Before **HOLLAND**, **RIDGELY**, and **VALIHURA**, Justices.

## **O R D E R**

This 13th day of November 2014, the Court, upon consideration of the parties' briefs and the record in this case, has concluded that this appeal should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Order of March 21, 2014;

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ Karen L. Valihura
Justice